## Harley J. White, Appellee, v. Margaret Holden, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915. Rehearing denied and opinion modified December 11, 1915.

### Statement of the Case.

Action of forcible entry and detainer by Harley J. White, plaintiff, against Margaret Holden, defendant. From a judgment for plaintiff, defendant appeals.

MURRAY & MORRISSEY, for appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

M. A. BRENNAN and RALPH HEFFERNAN, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. JUSTICES OF THE PEACE—*when copy may be substituted for lost written complaint on appeal.* If, on appeal from a justice of the peace to the Circuit Court, a written complaint is found to be missing from the files and has been' lost or destroyed, upon due proof made thereof, a copy may be substituted therefor.

2. APPEAL AND ERROR, § 1275*—*when presumed that ruling of Circuit Court dismissing case proper.* In the absence of a bill of exceptions, *held* that the action of the Circuit Court in overruling the defendant's motion to dismiss an action of forcible entry and detainer, appealed from a justice's court, on the ground that there was no written complaint on file, would be presumed proper.

